## MEMORANDUM DECISIONS.

ABEL, Respondent, v. BISCHOFF et al., Appellants. (Supreme Court, Appellate Division, First Department. February 16, 1906.) Action by Samuel V. Abel against Henry Bischoff, Jr., and another. No opinion. Motion granted. Order filed.

ADAMS, Respondent, v. BAKER, SMITH & CO., Appellant. (Supreme Court, Appellate Division, First Department. December 30, 1905.) Action by John F. Adams, as administrator, against Baker, Smith & Co. C. A. Brodek, for appellant. E. W. S. Johnston, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

ADAMS, Respondent, v. NEW YORK HERALD CO., Appellant. (Supreme Court, Appellate Division, First Department. December 22, 1905.) Action by John Q. Adams against the New York Herald Company. R. W. Candler, for appellant. B. Scharfs, for respondent. No opinion. Judgment and order affirmed, with costs.

ADAMS v. NEW YORK HERALD CO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Action by John Q. Adams against the New York Herald Company. No opinion. Motion denied, with $10 costs.

In re ALDERDICE. (Supreme Court, Appellate Division, First Department. December 8, 1905.) In the matter of James S. Alderdice. No opinion. Respondent suspended. See memorandum per curiam.

ALISH, Respondent, v. HIRSCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by Philip Alish against Max Hirsch and Samuel Hirsch. No opinion. Motion denied.

AMY, Respondent, v. BUTLER et al., Appellants. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by Huldah Amy against Ida Butler, otherwise known as Ida Gile, and the First National Bank of Ft. Edward. No opinion. Judgment unanimously affirmed, with costs.

ANDREWS, Respondent, v. H. & H. REINERS, Appellant. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Action by Annie Andrews, as administratrix, etc., against H. & H. Reiners. No opinion. Judgment and order unanimously affirmed, with costs.

ANDREWS, Respondent, v. H. & H. REINERS, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Annie Andrews, as administratrix, etc., against H. & H. Reiners. No opinion. Reargument ordered on the sole question of the application of section 829 of the Code of Civil Procedure, and case set down for Monday, February 26, 1906.

APPLEBY et al., Respondents, v. DALRYMPLE, Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1906.) Action by Thomas H. Appleby and another against Chester L. Dalrymple. No opinion. Judgment and order unanimously affirmed, with costs.

ARKIN v. INTERBOROUGH RAPID TRANSIT CO. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Action by Louis Arkin against the Interborough Rapid Transit Company. No opinion. Motion denied, with $10 costs.

ARLINGTON CO., Respondent, v. INSURANCE CO. OF NEW YORK, Appellant. SAME v. FOURTEEN OTHER INS. COS. (Supreme Court, Appellate Division, First Department. January 22, 1906.) Actions by the Arlington Company against the Insurance Company of New York and against fourteen other insurance companies. W. B. Ellison, for appellants. F. O. Affeld, Jr., for respondent. No opinion. Orders affirmed, with $10 costs and disbursements of one appeal.

ARMSTRONG v. ARMSTRONG. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Action by James M. Armstrong against Rosena Armstrong. No opinion. Motion granted, with $10 costs. Order filed.

ARNOT v. UNION SALT CO. (Supreme Court, Appellate Division, Third Department. January 16, 1906.) Action by Matthias H. Arnot, as trustee, against the Union Salt Company. No opinion. Motion for reargument denied.

BANK OF PORT JEFFERSON, Respondent, v. DARLING, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by the Bank of Port Jefferson against Mary A. Darling. No opinion. Order affirmed, with $10 costs and disbursements.

BABBITT, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 8, 1905.) Action by Alice Babbitt against the Erie Railroad Company. No opinion. Motion denied.